UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENNIE C. BAGLEY,

              Plaintiff,

vs.                                          Case No.: 8:07-CV-218-T-27EAJ

CITY OF TAMPA,

              Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 68) recommending that Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Dkt. 65) be denied. Plaintiff has filed a "Motion of Objection to Court Order in-Part Dated October 07-2008 (Dkt. 68) and Object to All Past Orders Pursuant to 28 U.S.C. Section 636(b)(1) and Motion this Court for a Response on United States Magistrate Judge Elizabeth A. Jenkins Order on 10-07-2008"(Dkt. 69), to which Defendant has responded (Dkt. 71).

After a thorough consideration of Plaintiff's motion and the record in this case, the Magistrate Judge determined that Plaintiff was not entitled to proceed *in forma pauperis* on appeal because the appeal fails to identify a non-frivolous issue sufficient to meet the good faith standard in 28 U.S.C. § 1915(a)(3). In the instant Objection, Plaintiff reargues the merits of her case, which were previously addressed in the August 14, 2008 Order on Defendant's Motion for Summary Judgment (Dkt. 53) and the September 10, 2008 Order addressing Plaintiff's construed motion for reconsideration (Dkt. 60). As stated by the Magistrate Judge and this Court's previous orders, Plaintiff's claim for equitable tolling has no basis in law or fact on the record of this case.

Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 68) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Dkt. 65) is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3), as Plaintiff's appeal is not taken in good faith.

3) To the extent Plaintiff's "Motion of Objection to Court Order in-Part Dated October 07-2008 (Dkt. 68) and Object to All Past Orders Pursuant to 28 U.S.C. Section 636(b)(1) and Motion this Court for a Response on United States Magistrate Judge Elizabeth A. Jenkins Order on 10-07-2008"(Dkt. 69) seeks additional relief beyond that addressed herein, it is **DENIED**.

**DONE AND ORDERED** in chambers on this 21st day of October, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Plaintiff